IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EXPRESS SERVICES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-03098-CV-S-DPR |
| | ) | |
| ROYAL OAK ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Disclosure of Corporate Interest filed by Defendant Royal Oak Enterprises, LLC. (Doc. 16.) Plaintiff filed this action alleging that jurisdiction is based on diversity under 28 U.S.C. § 1332(a). As a result, pursuant to Fed R. Civ. P. 7.1(a)(2), Defendant must file a disclosure statement that "must name – and identify the citizenship of – every individual or entity whose citizenship is attributed to" it. And, for diversity purposes, a limited liability company has "the citizenship of *each* of its members." *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) (emphasis added). Therefore, on or before May 23, 2024, Defendant shall file a supplemental disclosure statement that names and identifies the citizenship of each of its members in accordance with Rule 7.1(a)(2).

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 13, 2024